[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *Bigelow v. Am. Family Ins. Co.,* Slip Opinion No. 2016-Ohio-1135.]

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2016-OHIO-1135

BIGELOW, APPELLEE, *v.* AMERICAN FAMILY INSURANCE COMPANY, APPELLANT.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *Bigelow v. Am. Family Ins. Co.,* Slip Opinion No. 2016-Ohio-1135.]**

*Consumer Sales Practices Act—Application of Act to insurance companies—Judgment vacated and cause remanded for application of* Dillon v. Farmers Ins. of Columbus, Inc.

(No. 2014-1413—Submitted January 6, 2016—Decided March 23, 2016.)

APPEAL from the Court of Appeals for Coshocton County, No. 2013CA24, 2014-Ohio-2945.

_____

{¶ 1} The judgment of the court of appeals is vacated, and the cause is remanded to the court of appeals for application of *Dillon v. Farmers Ins. of Columbus, Inc.*, ___ Ohio St.3d ___, 2015-Ohio-5407, ___ N.E.3d ___.

O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, and FRENCH, JJ., concur.

O'NEILL, J., dissents.

_____

Pomerene, Burns & Skelton, and James R. Skelton, for appellee.

Frost & Maddox Co., L.P.A., and Mark S. Maddox, for appellant.

_____